```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

BILLY JOE WHITTINGTON and       :
PATRICIA WHITTINGTON,           :
                                :
    Plaintiffs,               :
                                :
vs.                             :     CIVIL ACTION 09-0352-KD-M
                                :
ROBERT WILKINS, *et al.*,       :
                                :
    Defendants.               :

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiffs' Motion to Remand (Docs. 5-6) be GRANTED and that this action be REMANDED to the Mobile County Circuit Court.

DONE this 23rd day of September, 2009.

                                                s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE